IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA THOMAS, individually and on behalf of all others similarly situated, | ) ) ) ) | No. 2:18-cv-13128-VAR- |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ACCENTURE, LLP, d/b/a SAGACIOUS CONSULTANTS, LLC, and DB HEALTHCARE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

AND NOW, this 30 day of May, 2019, upon consideration of Plaintiff's Unopposed Motion for Approval of the Settlement Agreement, the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is approved; it is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (29 U.S.C. §§ 201, *et seq*.).

2. For settlement purposes only, the following FLSA Collective is certified as a collective action pursuant to 29 U.S.C. § 216(b):

> Plaintiff, Opt-In Plaintiffs, and all individuals who worked for any of the Defendants during the Relevant Time Period (*i.e.*, for Opt-In Plaintiffs: three years prior to the date the Opt-In Plaintiff

      filed a consent form on the docket through March 14, 2019; or for individuals who have not yet opted in, November 21, 2015 through March 14, 2019), providing support and training to Sagacious and/or Accenture's clients in connection with the implementation of new electronic recordkeeping systems ("Go Live Projects"), and who while performing such work, did not receive overtime compensation for hours worked in excess of 40 in a workweek.

3. The service award to Plaintiff Lynda Thomas in the amount of $10,000.00 for her efforts in bringing and prosecuting this matter is approved.

4. Plaintiff's unopposed request for attorneys' fees and costs is granted, and fees in the amount of $138,333.33 and costs not to exceed $13,000.00 are approved.

5. The Angeion Group, LLC is approved as the Settlement Administrator in this case, and the costs of settlement administration not to exceed $30,000 are approved.

6. The Court approves the proposed Notice and Claim Form and authorizes distribution of the Notice and Claim Form to the FLSA Collective in accordance with the terms of the Settlement Agreement.

7. The Court directs the settlement funds be distributed in accordance with the terms of the Settlement Agreement.

8. The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is

ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

9. Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff and the FLSA Collective for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

IT IS SO ORDERED.

Signed on May 30, 2019.

s/ Victoria A. Roberts  
Honorable Victoria A. Roberts  
United States District Judge